# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
CV 06-3041 (MJD)

ASSOCIATION OF FLIGHT ATTENDANTS,

    Plaintiff,

vs. Civil No. 06-3041 (MJD)

MESABA AVIATION, INC.,

    Defendant.

AIR LINE PILOTS ASSOCIATION,

    Plaintiff,

vs. Civil No. 06-3042 (MJD)

MESABA AVIATION, INC.,

    Defendant.

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION,

    Plaintiff,

vs.                                                                 Civil No. 06-3043 (MJD)

MESABA AVIATION, INC.,

    Defendant.

**ORDER**

1

This matter is before the Court on the Joint Motion For Permission To File Overlength Brief by the Air Line Pilots Association, International ("ALPA"), the Association of Flight Attendants-CWA, AFL-CIO ("AFA"), and the Aircraft Mechanics Fraternal Association ("AMFA"), (collectively "The Unions" or "Plaintiffs").

This Court has reviewed the parties' submission and is otherwise duly advised in the premises. Based upon the foregoing, IT IS HEREBY ORDERED:

1. The joint motion (ECF Docket No. 19) is granted.

2. The Unions are permitted to file a cumulative 27,300 word memorandum of law and reply memorandum.

Dated: July 26, 2006                              BY THE COURT:


                                                  s / Michael J. Davis
                                                  THE HONORABLE MICHAEL J. DAVIS
                                                  United States District Court Judge