UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ASSOCIATION OF FLIGHT ATTENDANTS-
CWA, AFL-CIO

        Appellant,

v.                                 **ORDER**
                                 Civil File No. 06-3041 (MJD)

MESABA AVIATION, INC.,
d/b/a Mesaba Airlines,

        Respondent.
_____

AIRLINE PILOTS ASSOCIATION,
INTERNATIONAL,

        Appellant,

v.                                 Civil File No. 06-3042 (MJD)

MESABA AVIATION, INC.,
d/b/a Mesaba Airlines,

        Respondent.
_____

AIRCRAFT MECHANICS FRATERNAL
ASSOCIATION,

        Appellant,

v.                                 Civil File No. 06-3043 (MJD)

MESABA AVIATION, INC.,
d/b/a Mesaba Airlines,

        Respondent.
_____

1

Having reviewed all submissions in this case, **IT IS HEREBY ORDERED** that:

1. The Notice issued July 24, 2006 [Docket No. 12] is **VACATED**.

2. Motion to Expedite Appeal by the Association of Flight Attendants-CWU, AFL-CIO [Docket No. 4] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The hearing on the appeal in this matter is scheduled for Thursday, August 31, 2006 at 10:30 a.m. CST.

    b. The opening motion, memorandum of law, affidavits, and exhibits are due Friday, July 28, 2006 at 12:00 p.m. CST.

    c. The opposition is due Monday, August 14, 2006 at 12:00 p.m. CST.

    d. The reply is due Wednesday, August 23, 2006 at 12:00 p.m. CST.

Dated: July 26, 2006                           s / Michael J. Davis
                                               Judge Michael J. Davis
                                               United States District Court